# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

VICKIE M. XIONG by and through his guardian ad litem HMAI XIONG,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant

Case No.: 09-cv-553 GSA

ORDER

The court having considered the petition of VICKIE M. XIONG for the appointment of HMAI XIONG as guardian ad litem for VICKIE M. XIONG who is a minor and good cause appearing therefore.

**IT IS HEREBY ORDERED** that HMAI XIONG be, and she is, hereby appointed as guardian ad litem for VICKIE M. XIONG, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATE: March 26, 2009

/s/ Gary S. Austin
The Honorable Gary S. Austin
United States Magistrate Court Judge

-1-