```
1   Steven G. Rosales
    Attorney at Law: 222224
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-5491
    E-mail _rohlfing_office@speakeasy.net
5
    Attorneys for Plaintiff  VICKIE XIONG
6
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VICKIE XIONG, | Case No.:   1:09-CV 00553 GSA |
| Plaintiff, | JOINT REQUEST TO WITHDRAW AND DISMISS STIPULATION TO EXTEND BRIEFING SCHEDULE AS MOOT |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Commissioner of Social Security, | |
| Defendant | |

Plaintiff Vickie Xiong ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, request that the court withdraw and dismiss the Stipulation To Extend Briefing Schedule filed on December 3, 2009, at Clerk's Docket No. 16, as moot.

As the result of the filing of a supplemental administrative record (Clerk's Docket No. 14) Counsel for Plaintiff miscalculated the due date of his opening brief.  The opening brief was not due until December 6, 2009.  Therefore, Plaintiff's opening brief filed on December 3, 2009 is timely and no stipulation to extend is necessary.

-1-

1  Counsel sincerely apologizes to the court for any inconvenience this may
2  have had upon it or its staff.
3
4  DATE: December 5, 2009        Respectfully submitted,
5                                LAW OFFICES OF LAWRENCE D. ROHLFING
6                                           /s/ *Steven G. Rosales*
                            BY: _____
7                                Steven G. Rosales
                                 Attorney for plaintiff VICKIE XIONG
8
9  DATED:  December 5, 2009      Benjamin B. Wagner
                                 Acting United States Attorney
10
11
12                               */S/-*Leo R. Montenegro*
13                               _____
                                 Leo R. Montenegro
14                               Special Assistant United States Attorney
                                 Attorney for Defendant
15                               [*Via email authorization]
16
17
18
19
20
21
22
23
24
25
26

1   IT IS HEREBY ORDERED that the Stipulation To Extend Briefing
2   Schedule filed on December 3, 2009, is dismissed as moot.
3   IT IS SO ORDERED.
4
5   DATE: December 7, 2009          /s/ Gary S. Austin
                                    United States Magistrate Judge
6                                   Gary S. Austin